**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-02092-WJM-KLM

THE CLAUDIA NELSON FAMILY TRUST, by Elizabeth A. Spanel, trustee,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all orders entered during the pendency of this case, and the Order Affirming Defendant's Denial of Benefits, entered by the Honorable William J. Martínez, United States District Judge, on July 8, 2015, it is

    ORDERED that the Unopposed Motion For Leave To Cite Supplemental Authority (Doc No. 40) is DENIED AS MOOT.

    IT IS FURTHER ORDERED that Final Judgment is entered in Favor of Defendant Hartford, and the action and complaint are dismissed.

    Each party shall pay its own costs.

    Dated at Denver, Colorado this 9th day of July 2015.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Deborah Hansen
    Deborah Hansen, Deputy Clerk